UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 21-CR-306 |
| | : | |
| PETER BRAUNER | : | |
| | : | |

ENTRY OF APPEARANCE

Please enter my appearance as counsel for the defendant in the above captioned matter.

/s/ Gregory J. Pagano
GREGORY J. PAGANO, ESQUIRE
ATTY. I.D. NO. 71730
1315 WALNUT STREET, 12TH FLOOR
PHILADELPHIA, PA 19107
215-636-0160
GPAGANO@PAGANOLAW.NET