Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-CR-306 |
| PETER BRAUNER | : | |

PETER BRAUNER, the above-named defendant, who is accused of: 18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count); 18 U.S.C. § 1343 (wire fraud – 1 count) and 18 U.S.C. § 2 (aiding and abetting - 1 count), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_/s/ Peter Brauner_
PETER BRAUNER
Defendant

_/s/_   FBI S/A Rob Robinson
Witness

_/s/ Gregory J. Pagano_
GREGORY J. PAGANO, ESQ.
Counsel for Defendant