IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                     :    CRIMINAL ACTION

   v.                                 :

                                     :    No. 21.cr.306.01

PETER BRAUNER

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Sentencing hearing on Tuesday, May 10, 2022 at 1:00 p.m. before the **Honorable C. Darnell Jones II** in **Courtroom 15B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:      A'iShah El-Shabazz, Court Services Supervisor
          Phone: 267.299.7104

Date:    May 9, 2022

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel – Gregory Pagano
                    Assistant U.S. Attorney – Louis Lappen
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator

**CANCELLED** (watermark across document)

crnotice (July 2021)