# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| PETER BRAUNER | NO. 21-306 |

## O R D E R

**AND NOW**, this 19th day of July, 2022, upon consideration of Government's Motion for Order of Forfeiture (Document No. 11), following Sentencing on July 19, 2022, with defendant, and all counsel present, during which Sentencing Government counsel having agreed that it would not seek forfeiture in the event defendant paid his restitution in full, and on July 19, 2022, defendant having paid to the Court $33,050.00 for his restitution and $200.00 for his special assessment, **IT IS ORDERED** that Government's Motion for Order of Forfeiture is **MARKED WITHDRAWN**.

BY THE COURT:

/S/ Hon. C. Darnell Jones II

JONES, C. DARNELL, II., J.